Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; CARPENTERS OF WESTERN WASHINGTON INDIVIDUAL ACCOUNT PENSION TRUST; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON, <br><br> Plaintiffs, <br> v. <br><br> CASCADE STRUCTURES, LLC, a Washington limited liability company; JEFFREY A. PETERSEN, an individual; and ROBERT A. GARCIA, an individual, <br><br> Defendants. | Case No. 3:18-cv-05865 RBL <br><br> ORDER ON THE CARPENTERS TRUSTS' MOTION FOR SUMMARY JUDGMENT |

This matter is before the Court on the Plaintiffs' motion for summary judgment against defendant Cascade Structures, LLC. The Court has considered the motion, the Declaration of Michael Coty, with Exhibits 1 – 9, the Declaration of Jeffrey Maxwell, with Exhibit 10, and the Plaintiffs' Reply, as well as the pleadings, files, and court records in this matter. Defendant Cascade Structures, LLC did not file a response to the motion.

ORDER ON THE CARPENTERS TRUSTS' MOTION FOR
SUMMARY JUDGMENT – 1
3:18-cv-05865 RBL

1700 016 ue161902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

The Court being otherwise fully advised, ORDERS:

1. The Carpenters Trusts' motion for summary judgment is GRANTED;

2. Defendant Cascade Structures, LLC is liable to the Carpenters Trusts for the following amounts for the period June 1, 2018 through September 30, 2018 and November 1, 2018 through December 31, 2018:

    a. $105,545,80 in fringe benefit contributions;

    b. $11,644.36 in liquidated damages; and

    c. $4,728.62 in accrued prejudgment interest through the May 17, 2019 hearing date.

3. Interest on the judgment shall accrue at the 12% rate specified by the applicable trust agreements, pursuant to 29 U.S.C. §1132(g), until the judgment is fully satisfied;

4. Defendant Cascade Structures, LLC is liable to the Carpenters Trusts for their reasonable attorney fees and costs under 29 U.S.C. §1132(g);

5. The Carpenters Trusts shall file a motion for an award of attorney fees and costs within 14 days of this order; and

6. The Clerk of Court is directed to enter judgment consistent with this order.

Dated this 3rd day of June, 2019.

Ronald B. Leighton
United States District Judge

ORDER ON THE CARPENTERS TRUSTS' MOTION FOR
SUMMARY JUDGMENT – 2
3:18-cv-05865 RBL

1700 016 ue161902

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900